| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | WILLIAM S. WONG<br>MICHAEL D. ANDERSON |
| 3 | Assistant U.S. Attorneys<br>501 I Street, Suite 10-100 |
| 4 | Sacramento, California  95814<br>Telephone: (916) 554-2891 |



**FILED**

MAY 31 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )   Case. No. 2:12-CR-0207 LKK
              Plaintiff,            )
                                    )   PETITION TO SEAL
     v.                             )   INDICTMENT
                                    )
RYAN McGOWEN, et al,                )
                                    )
              Defendants.           )
_____)

TO THE HONORABLE EDMUND F. BRENNAN, UNITED STATES MAGISTRATE JUDGE:

COMES NOW WILLIAM S. WONG and MICHAEL D. ANDERSON, Assistant United States Attorneys for the Eastern District of California, to petition this Court and respectfully represent:

1. I have presented to the Grand Jury now in session in the City of Sacramento, California, one proposed indictment charging the above-named defendants with violations of Title 18, United States Code, Sections 922(a)(1)(A), 371, and 924(a)(1)(A).

2. The indictment has been returned by the Grand Jury to this Honorable Court.

3. The investigating agents need additional time to locate and assure the appearance of defendant Snellings' prior to the indictment becoming public. The investigating agents believe that defendant Snellings' poses a flight risk if the charges are made public before he can be located or their arrests are effected.

THEREFORE, your petitioner prays that the aforesaid indictment, this Petition, and the Order to Seal be sealed pursuant to Rule 6(e)(4) of the Federal Rules of Criminal Procedure until the defendants are arrested or until further order of this Court.

DATED: May 30, 2012

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

by: /s/ William S. Wong
WILLIAM S. WONG
MICHAEL D. ANDERSON
ASSISTANT U.S. ATTORNEYS