```
BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. ANDERSON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2891
```

**FILED**

MAY 31 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-CR-0207 LKK |
| Plaintiff, | ORDER TO SEAL |
| v. | (UNDER SEAL) |
| RYAN McGOWEN, et al., | |
| Defendants. | |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorneys WILLIAM S. WONG and MICHAEL D. ANDERSON to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

DATED:  5-31-2012

_____
EDMUND F. BRENNAN
United States Magistrate Judge

1