# Memorandum



*United States Attorney*
*Eastern District of California*

| Subject | Date |
|---|---|
| <u>U.S. v. Ryan McGowan, et al.</u><br>2:12-cr-207 LKK | June 1, 2012 |

| To | From |
|---|---|
| Nic Cannarozzi<br>Courtroom Deputy to the<br>  Hon. Edmund F. Brennan<br>  U.S. Magistrate Judge | Carrie D. Quirk<br>Paralegal Specialist |

      Please place defendants Ryan McGowan and Ulysses Simpson Grant Early, IV, on calendar for arraignment on the indictment in the above-referenced case on June 1, 2012, at 2:00 p.m. before the Honorable Edmund F. Brennan, United States Magistrate Judge.

      Thank you for your assistance in this matter.