**FILED**
June 1, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
            Plaintiff, )
v. )
   )
ULYSSES SIMPSON GRANT EARLY, )
   )
            Defendant. )

Case No. 2:12-cr-00207-LKK

ORDER FOR RELEASE OF
PERSON IN CUSTODY

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ULYSSES SIMPSON GRANT EARLY, Case No. 2:12-cr-00207-LKK from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   ___ Release on Personal Recognizance

    X   Bail Posted in the Sum of: $25,000.00.

        X   Co-Signed Unsecured Appearance Bond

        ___ Secured Appearance Bond

        X   (Other) Conditions as stated on the record.

        ___ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 6/01/2012 at 2:35 pm.

By _____
Edmund F. Brennan
United States Magistrate Judge