UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
June 1, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES OF AMERICA, )
                                           )        Case No. 2:12-cr-00207-LKK
       Plaintiff, )
v. )
                                           )       ORDER FOR RELEASE OF
ULYSSES SIMPSON GRANT EARLY, )       PERSON IN CUSTODY
                                           )
       Defendant. )

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release ULYSSES SIMPSON GRANT EARLY, Case No. 2:12-cr-00207-LKK from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     ___ Release on Personal Recognizance

     _X_ Bail Posted in the Sum of: $25,000.00.

          _X_ Co-Signed Unsecured Appearance Bond

          ___ Secured Appearance Bond

          _X_ (Other) Conditions as stated on the record.

          ___ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 6/01/2012 at 2:35 pm.

By _/s/ Edmund F. Brennan_
Edmund F. Brennan
United States Magistrate Judge