BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
MICHAEL D. ANDERSON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>                v.<br><br>RYAN MCGOWAN, ET AL.,<br><br>                Defendants. | CASE NO. 2:12-CR-207 LKK<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING DISCOVERY HEARING AS TO DEFENDANT EARLY AND EXCLUDING TIME<br><br>DATE: April 9, 2013<br>TIME:  2:00 p.m.<br>Ctrm:  Honorable Edmund F. Brennan<br>          U.S. Magistrate Judge |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

This matter came before the Court for a status conference on January 8, 2013, at 9:15 a.m. At the parties' request, the Court set briefing and motions schedule for discovery, including a status conference and hearing which was heard on March 12, 2013. Defendant Early filed a motion for discovery pursuant to that schedule. No other defendants filed discovery motions. The Court referred defendant Early's matter to the duty magistrate for hearing.

The government and Donald Kilmer, counsel for Mr. Early, are continuing to resolve informally as many discovery issues as possible prior to hearing on the discovery motion. The government needs

1  additional time to research and write its response, to meet and confer regarding discovery, and to allow
2  defense inspection of government exhibits.  Therefore, the parties request that the discovery motion
3  hearing continue to be heard on April 9, 2013; that the government's opposition filing date be changed
4  from March 26, 2013 to March 28, 2013; and that the defendant's reply be due on April 2, 2013.
5      The parties further agree that the court's previous order setting a law and motion hearing for
6  April 9, 2013, and excluding time up to that date should remain in effect.
7      IT IS SO STIPULATED.

Dated:  March 28, 2013                      BENJAMIN B. WAGNER
                                            United States Attorney

                                            /s/ William S. Wong
                                            WILLIAM S. WONG
                                            MICHAEL D. ANDERSON
                                            Assistant United States Attorneys

Dated:  March 28, 2013                      /s/ Donald Kilmer
                                            DONALD KILMER
                                            Counsel for Defendant

**ORDER**

IT IS SO FOUND AND ORDERED.

DATED:  March 29, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE