Donald E.J. Kilmer, Jr., (SBN: 179986)
LAW OFFICES OF DONALD KILMER
A Professional Corporation
1645 Willow Street, Suite 150
San Jose, California 95125
Telephone: (408) 264-8489
Facsimile:  (408) 264-8487
E-Mail: Don@DKLawOffice.com

Attorney for Defendant:
ULYSSES SIMPSON GRANT EARLY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>RYAN McGOWAN, ROBERT SNELLING, ULYSSES SIMPSON GRANT EARLY IV, and THOMAS LU,<br><br>  Defendants. | CASE NO.:   2:12-CR-00207 TLN<br><br>DEFENDANT EARLY'S WAIVER OF APPEARANCE AT PRE-TRIAL MOTION TO COMPEL DISCOVERY<br><br>STIPULATION AND ORDER |

    The defendant, by and through counsel of record, and plaintiffs by and through its counsel, stipulate as follows:

1. Defendant's Motion to Compel Discovery is set for hearing on April 9, 2013 before the Honorable Edmund F. Brennan at 2:00 p.m.
2. The parties agree that Defendant EARLY's appearance may be waived for this pre-trial motion at the election of the Defendant.

IT IS SO STIPULATED.

/ / / / /

/ / / / /

1 Date: April 2, 2013

2 BENJAMIN B. WAGNER
United States Attorney

3

4 /s/ William S. Wong
WILLIAM S. WONG
MICHAEL D. ANDERSON

5 Assistant United States Attorneys

6 Date: April 2, 2013

7 /s/ Donald Kilmer
DONALD KILMER

8 Counsel for Defendant EARLY

9

10 **ORDER**

11     IT IS SO ORDERED.

12 Dated: April 5, 2013.

13 EDMUND F. BRENNAN

14 UNITED STATES MAGISTRATE JUDGE