Donald E.J. Kilmer, Jr., (SBN: 179986)
LAW OFFICES OF DONALD KILMER
1645 Willow Street, Suite 150
San Jose, California 95125
Telephone: (408) 264-8489
Facsimile:  (408) 264-8487
E-Mail: Don@DKLawOffice.com

Attorney for Defendant:
ULYSSES SIMPSON GRANT EARLY

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RYAN McGOWAN, ROBERT SNELLING, ULYSSES SIMPSON GRANT EARLY IV, and THOMAS LU,<br><br>Defendants. | CASE NO.:   2:12-CR-00207 TLN<br><br>STIPULATION AND [PROPOSED] ORDER MODIFYING TERMS OF PRETRIAL  RELEASE TO REMOVE DEFENDANT FROM PRETRIAL  SERVICES SUPERVISION<br><br>Judge:     Troy L. Nunley (TLN)<br>Courtroom:    2, 15th Floor |

This matter was initiated by the filing of an Indictment on May 31, 2012, charging the defendant, ULLYSSES SIMPSON GRANT EARLY, IV, with a violation (Count Six) of 18 U.S.C. § 371 – Conspiracy to Make a False Statement With Respect to Firearm Record.

The defendant made an initial appearance on June 1, 2012, at which time not guilty pleas were entered.  An Unsecured Appearance Bond was filed that same day (Doc #21), Along with a Notice to Defendant Being Released (Doc #22) and an Order for Release of Person in Custody (Doc #23).

On or about June 3, 2014 Darryl Walker of U.S. Pretrial Services proposed that Mr. Early be removed from Pretrial Services supervision as Mr. Early:

1. Initially self-surrendered.
2. Does not possess a pass-port.
3. Has been fully in compliance with the terms of his pre-trial supervision.
4. And, Mr. Early would remain subject to the Appearance Bond.

## STIPULATION

In light of the circumstances set forth herein above, the defendant, ULYSSES SIMPSON GRANT EARLY, IV, through his counsel of record, Donald Kilmer and plaintiff United States of America, through its counsel, Assistant United States Attorney William Wong, agree and stipulate that the conditions of Mr. Early's pretrial release be modified to remove him from pretrial supervision by the Eastern District Pretrial Services office.  All other conditions of release shall remain in effect.

IT IS SO STIPULATED.

Dated:      July 2, 2014            /s/   Donald Kilmer
                                    Donald Kilmer
                                    Attorney for Defendant EARLY

Dated:      July 2, 2014            /s/ William Wong
                                    William Wong
                                    Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING THEREFORE, and pursuant to the stipulation of the parties, the defendant's conditions of pretrial release are hereby modified so as to remove Mr. Early from pretrial supervision currently conducted through the Eastern District's Pretrial Services Office. All other conditions of release shall remain in effect. IT IS SO ORDERED.

Dated: July 2, 2014

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE