```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  WILLIAM S. WONG
    MICHAEL D. ANDERSON
 3  Assistant United States Attorneys
    501 I Street, Suite 10-100
 4  Sacramento, CA 95814
    Telephone: (916) 554-2700
 5  Facsimile: (916) 554-2900

 6  Attorneys for Plaintiff
    United States of America
 7
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-0207 TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING MOTIONS SCHEDULE; ORDER |
| v. | DATE: August 14, 2014 |
| RYAN MCGOWAN, ET AL, | TIME: 9:30 a.m. |
| Defendants. | COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Ulysses Simpson Grant Early, IV, by and through defendant's counsel of record, hereby stipulate as follows:

1.  This matter was previously set for Motions Hearing on August 14, 2014, on defendant Early's motion to dismiss for failure to state a criminal offense; motion to dismiss the indictment or, in the alternative, for a bill of particulars; and motion to dismiss for vindictive/selective prosecution. Dkt. 108, 110, and 111.

2.  By this stipulation, the parties agree to reset the motions hearing date and to the following briefing schedule:[1]

---

[1] By entering this stipulation the government does not agree to waive any objections to the motions based on timeliness. The government agrees, however, that it will not move to dismiss the motions at Dkt. 108, 110, and 111 under Local Rule 430.1(c) for failure to file a separate notice of motion.

STIPULATION REGARDING EXCLUDABLE TIME      1
PERIODS UNDER SPEEDY TRIAL ACT; ORDER

1  Government Opposition:  August 21, 2014

2  Defendant Reply, if any:  August 25, 2014

3  Motions Hearing:  August 28, 2014

4  3. At this time, co-defendants McGowan and Snellings have not joined the motions and therefore have not signed this stipulation.  Their attorneys have indicated to government counsel and counsel for defendant Early that they may join in the motions and that they will be available on the dates requested by this stipulation.

4. The parties agree that Trial Confirmation Hearing currently set for August 28, 2014, and the Jury Trial currently scheduled for September 29, 2014, should continue to be scheduled on those dates and that time should continue to be excluded up until the September 29, 2014, under Local Code T4, for preparation of counsel.

[Remainder of Page Intentionally Left Blank]

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 7, 2014               BENJAMIN B. WAGNER
                                     United States Attorney


                                     /s/ MICHAEL D. ANDERSON
                                     WILLIAM S. WONG
                                     MICHAEL D. ANDERSON
                                     Assistant United States Attorneys


Dated:  August 7, 2014               /s/ DONALD KILMER
                                     DONALD KILMER
                                     Counsel for Defendant
                                     Ulysses Simpson Grant Early, IV


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 8th day of August, 2014.


_____
Troy L. Nunley
United States District Judge